# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANET LYNN FOSTER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GNLV CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:17-cv-02294-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated August 30, 2017, required the parties to file a Joint Status Report no later than September 29, 2017. *See* ECF No. 2. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **October 13, 2017**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 5th day of October, 2017.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　United States Magistrate Judge