# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANET LYNN FOSTER, | ) |
| Plaintiff, | ) Case No. 2:17-cv-02294-RFB-GWF |
| vs. | ) **ORDER** |
| GNLV CORPORATION, | ) |
| Defendant. | ) |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on August 30, 2017. Defendant filed its Answer (ECF No. 5) on September 20, 2017. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **November 20, 2017** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 13th day of November, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge