RAMZY P. LADAH
Nevada Bar No. 11405
JOSEPH C. CHU
Nevada Bar No. 11082
LADAH LAW FIRM
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
*Attorneys for Plaintiff Janet Foster*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANET LYNN FOSTER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GNLV, CORPORATION dba GOLDEN NUGGET LAS VEGAS HOTEL AND CASINO, a domestic corporation; DOE EMPLOYEE; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,<br><br>Defendants. | CASE NO.   2:17-cv-02294-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, JANET LYNN FOSTER ("Plaintiff") and Defendant GNLV, CORPORATION dba GOLDEN NUGGET LAS VEGAS HOTEL AND CASINO ("Defendant"), by and through their respective, undersigned counsel of record, hereby stipulate that all claims by Plaintiff in this matter against Defendant be dismissed with prejudice, with each of the parties to pay their own

…

…

…

1

attorney fees and costs herein incurred.

IT IS SO STIPULATED.

DATED this 3rd day of September, 2025.

**LADAH LAW FIRM**

/s/ Ramzy Paul Ladah, Esq.

_____

**RAMZY P. LADAH**
Nevada Bar No. 11405
**JOSEPH C. CHU**
Nevada Bar No. 11082
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff Janet Lynn Foster*

DATED this 4th day of September, 2025

**PYATT SILVESTRI**

/s/ Richard J. Pyatt, Esq.

_____

**RICHARD J. PYATT**
Nevada Bar No. 2777
701 Bridger Avenue, Suite 600
Las Vegas, NV 89101
*Attorneys for Defendant GNLV Corporation dba Golden Nugget Las Vegas Hotel & Casino*

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein and good cause appearing:

**IT IS HEREBY ORDERED** that the instant matter shall be dismissed in its entirety, with prejudice, each side to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

Respectfully Submitted by:

**LADAH LAW FIRM**

/s/ Ramzy P. Ladah, Esq.

_____
RAMZY PAUL LADAH
Nevada Bar No. 11405
JOSEPH C. CHU
Nevada Bar No. 11082
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*